RECEIVED

OCT 27 2021

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | 5:21-cr-00279 |
| VERSUS | * | Judge Foote |
| | * | Magistrate Judge Hornsby |
| TREVEION BROOKS (01) | * | |
| D'ANDRE JACKSON (02) | * | |
| WILLIAM ISENHOUR (03) | * | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
Deprivation of Rights Under Color of Law

On or about January 24, 2020, in the Western District of Louisiana, the defendant, **Treveion Brooks**, while acting under color of law as a police officer with the Shreveport Police Department, willfully deprived D.R. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizure, which includes the right to be free from the use of unreasonable force by a law enforcement officer. Specifically, the defendant, **Treveion Brooks**, punched D.R. about the face and body, without legal justification, resulting in bodily injury to D.R, all in violation of Title 18, United States Code, Section 242. [18 U.S.C. § 242].

## COUNT TWO
Deprivation of Rights Under Color of Law

On or about January 24, 2020, in the Western District of Louisiana, the defendants, **D'andre Jackson** and **William Isenhour**, while acting under color of law as police officers with the Shreveport Police Department and while aiding and abetting each other, willfully deprived C.B. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizure, which includes the right to be free from the use of unreasonable force by a law enforcement officer. Specifically, the defendants, **D'andre Jackson** and **William Isenhour**, punched C.B. about the face and body, without legal justification, resulting in bodily injury to C.B., all in violation of Title 18, United States Code, Section 242 and 2. [18 U.S.C. § 242 & 2].

A TRUE BILL:

*REDACTED*

GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney
Western District of Louisiana

CADESBY COOPER
NY Bar #5414483
Assistant United States Attorney
300 Fannin Street, Suite 3021
Shreveport, Louisiana 71101
(318) 676-3600

ALEXANDER C. VAN HOOK
Acting United States Attorney

MARY J. MUDRICK
LA BAR # 01992
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

ANITA T. CHANNAPATI
NY BAR # 4060299
Trial Attorney, Civil Rights Div.
U.S. Department of Justice
950 Pennsylvania Avenue, NW Telephone:
Washington, DC 20530
Telephone: (202) 353-1219